LLOYD G. MORGAN, JR. *v.* COMMISSIONER OF
CORRECTION
(AC 28166)

Flynn, C. J., and Lavine and Beach, Js.

Argued February 18—officially released March 17, 2009

Per Curiam. The appeal is dismissed.

PAUL JIMENEZ *v.* COMMISSIONER OF CORRECTION
(AC 29490)

DiPentima, Gruendel and Lavery, Js.

Submitted on briefs March 18—officially released April 14, 2009

Per Curiam. The appeal is dismissed.

MYRNA LABOW *v.* RONALD LABOW
(AC 27401)
(AC 29214)

Bishop, DiPentima and Pellegrino, Js.

Argued March 19—officially released April 14, 2009

Per Curiam. The judgment is affirmed.